Eddie Lee GOODEN, Jr., Petitioner–Appellant

v.

Nathaniel QUARTERMAN, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent–Appellee.

No. 06–11130

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 2, 2007.

Eddie Lee Gooden, Iowa Park, TX, pro se.

Marta Rew McLaughlin, Office of the Attorney General, Postconviction Litigation Div., Austin, TX, for Respondent–Appellee.

Before REAVLEY, SMITH, and BARKSDALE, Circuit Judges.

PER CURIAM: *

Eddie Lee Gooden, Jr., Texas prisoner # 588165, appeals his preliminary-injunc-

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

tion motion's being denied because he failed to provide notice to the Respondent, as required by federal and local rules. Gooden's preliminary-injunction motion, related to the issues raised in his pending 28 U.S.C. § 2241 petition, in district court, is immediately appealable. 28 U.S.C. § 1292(a)(1); *Lakedreams v. Taylor,* 932 F.2d 1103, 1107 (5th Cir.1991). Nevertheless, because Gooden has failed to address the basis for the district court's denial, he has waived its review. *E.g., Brinkmann v. Dallas County Deputy Sheriff Abner,* 813 F.2d 744, 748 (5th Cir.1987).

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.